UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MONTEREY dba NATIVIDAD MEDICAL CENTER,<br><br>        Plaintiff,<br><br>        v.<br><br>BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, and DOES 1 -50, inclusive,<br><br>        Defendants. | Case No. 5:17-cv-04260-LHK<br><br>Hon. Lucy H. Koh<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SHORTEN TIME ON HEARING ON MOTION TO STRIKE THE EXPERT DESIGNATION, REPORT, AND OPINION OF RANDALL J. MOON**<br><br>Filed:    July 27, 2017<br>Trial:    March 16, 2020 |

**[PROPOSED] ORDER**

Having considered the stipulation and declaration submitted by Plaintiff County of Monterey dba Natividad Medical Center ("Natividad") to shorten time for hearing Natividad's Motion to Strike the Expert Designation, Opinion, and Report of Randall J. Moon ("Motion to Shorten Time"), together with the papers filed in support thereof and in response thereto, and all other argument and records on file in this matter, and for good cause shown, the Court hereby ORDERS:

The stipulation to shorten time is GRANTED.

1. Natividad's Motion to Strike the Expert Designation, Report, and Opinion of Randall J. Moon shall be heard on December 12, 2019 at 1:30 p.m.

OR:

2. Natividad's Motion to Strike the Expert Designation, Report, and Opinion of Randall J. Moon shall be heard on _____ at _____ a.m./p.m.

**IT IS SO ORDERED.**

DATED: _____        _____
The Honorable Lucy H. Koh
U.S. District Judge, Northern District of California

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the county of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction this service was made. I am over the age of eighteen years and not a party to the within action.

On November 1, 2019, I served the following documents in the manner described below:

**[PROPOSED] ORDER GRANTING STIPULATION TO SHORTEN TIME ON HEARING ON MOTION TO STRIKE THE EXPERT DESIGNATION, REPORT, AND OPINION OF RANDALL J. MOON**

☒     BY ELECTRONIC SERVICE: By serving a true and correct copy through the Court's ECF Filing System.

On the following part(ies) in this action:

| | |
|---|---|
| Michael M. Maddigan, Esq.<br>Poopak Nourafchan, Esq.<br>Vassi Iliadis, Esq.<br>**HOGAN LOVELLS US, LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>Tel: (310) 785-4600<br>Fax: (310) 785-4601<br>Email:  Michael.maddigan@hoganlovells.com<br>Email:  poopak.nourafchan@hoganlovells.com<br>Email:  vassi.iliadis@hoganlovells.com | *Attorneys for Defendants*<br>*BLUE CROSS OF CALIFORNIA d/b/a*<br>*ANTHEM BLUE CROSS and ANTHEM BLUE*<br>*CROSS LIFE AND HEALTH INSURANCE*<br>*COMPANY* |

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed on November 1, 2019, at Los Angeles, California.

*/s/ Patricia Newler*
Patricia Newler