1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COUNTY OF MONTEREY dba NATIVIDAD MEDICAL CENTER, | Case No. 5:17-cv-04260-LHK |
|---|---|
| Plaintiff, | Hon. Lucy H. Koh |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE FROM JANUARY 15, 2020 TO JANUARY 31, 2020** |
| BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, and DOES 1 -50, inclusive, | |
| Defendants. | Filed:    July 27, 2017<br>Trial:    March 16, 2020 |

**[PROPOSED] ORDER**

Having considered the stipulation submitted by Plaintiff County of Monterey dba Natividad Medical Center ("Natividad") and Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company (collectively, "Anthem"), by and through their respective counsel of record, to extend the deadline to complete private mediation, the Court hereby ORDERS:

The stipulation is GRANTED.

1. The deadline for the parties to complete private mediation is hereby EXTENDED from January 15, 2020 to January 31, 2020.

2. The parties shall file a joint settlement status report by February 7, 2020.

OR:

1. _____.

**IT IS SO ORDERED.**

DATED: _____          _____
                                              The Honorable Lucy H. Koh
                                              U.S. District Judge, Northern District of California

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the county of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction this service was made. I am over the age of eighteen years and not a party to the within action.

On January 9, 2020, I served the following documents in the manner described below:

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE FROM JANUARY 15, 2020 TO JANUARY 31, 2020**

☒   BY ELECTRONIC SERVICE:  By serving a true and correct copy through the Court's ECF Filing System.

On the following part(ies) in this action:

| | |
|---|---|
| Michael M. Maddigan, Esq.<br>Poopak Nourafchan, Esq.<br>Vassi Iliadis, Esq.<br>**HOGAN LOVELLS US, LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 785-4600<br>Fax: (310) 785-4601<br>Email: Michael.maddigan@hoganlovells.com<br>Email: poopak.nourafchan@hoganlovells.com<br>Email: vassi.iliadis@hoganlovells.com | *Attorneys for Defendants*<br>*BLUE CROSS OF CALIFORNIA d/b/a*<br>*ANTHEM BLUE CROSS and ANTHEM BLUE*<br>*CROSS LIFE AND HEALTH INSURANCE*<br>*COMPANY* |

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on January 9, 2020, at Los Angeles, California.

*/s/ Ann Kurke*
Ann Kurke