UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF MONTEREY,<br><br>        Plaintiff,<br><br>   v.<br><br>BLUE CROSS OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 17-CV-04260-LHK<br><br>**ORDER RE: CASE SCHEDULE** |

On February 12, 2020, the Court granted Defendant's motion for summary judgment. ECF No. 149. As a result, the Court hereby VACATES the case schedule, including the February 20, 2020 final pretrial conference and the March 16, 2020 bench trial.

The Court SETS a case management conference on February 26, 2020, at 2:00 p.m. In lieu of filing a joint case management statement on February 19, 2020, the Court hereby orders the parties to file by noon on February 24, 2020 a joint statement identifying how the parties would like to proceed. The Court asks the parties to consider the following options:

(1) Whether the parties would like to conduct another private mediation; and

(2) Whether the parties would like the Court to certify its February 12, 2020 order for interlocutory appeal and otherwise stay the case; or

1

Case No. 17-CV-04260-LHK
ORDER RE: CASE SCHEDULE

(3) Whether the parties would like to set a case schedule to litigate the next set of claims.

**IT IS SO ORDERED.**

Dated: February 12, 2020

_____
LUCY H. KOH
United States District Judge