UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COUNTY OF MONTEREY,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 17-CV-04260-LHK<br><br>**CASE MANAGEMENT ORDER** |
|---|---|

Plaintiff's Attorney: Daron Tooch
Defendants' Attorneys: Poopak Nourafchan, Vassiliki Iliadis

A case management conference was held on February 26, 2020. A further case management conference is set for June 24, 2020 at 2:00 p.m. The parties shall file their joint case management statement by June 17, 2020.

The parties are referred to private mediation with a completion deadline of May 27, 2020. The parties shall file a joint settlement status report by June 3, 2020.

Each side shall select four additional claims, for a total of eight claims to litigate through trial. The parties shall file a list of their selected eight claims by March 6, 2020.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Deadline to Select Eight Claims | March 6, 2020 |

1

Case No. 17-CV-04260-LHK
CASE MANAGEMENT ORDER

| Deadline for Completion of Private Mediation | May 27, 2020 |
|---|---|
| Further Case Management Conference | June 24, 2020 at 2:00 p.m. |
| Opening Expert Reports Due | July 30, 2020 |
| Rebuttal Expert Reports Due | August 14, 2020 |
| Close of Fact Discovery and Expert Discovery | September 1, 2020 |
| Deadline to File Dispositive and *Daubert* Motions (One Dispositive Motion and *Daubert M*otion per Side) | September 17, 2020 |
| Hearing on Dispositive Motions | October 29, 2020 at 1:30 p.m. |
| Final Pretrial Conference | December 17, 2020, at 1:30 pm |
| Bench Trial | January 11, 2021 at 9:00 am |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated: February 26, 2020

_____
LUCY H. KOH
United States District Judge